-FILED-

APR 2 4 2020

At _____ M
ROBERT N. ?R OVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
JAMES CELESTIN )

CAUSE NO. 2:20CR 044

18 U.S.C. § 1349

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

At all times material to this Information:

1.    United Services Automobile Association ("USAA") was a San Antonio, Texas-based diversified financial services group of companies offering banking, investing and insurance products to current and former United States military members and their families. As part of its banking division, USAA offers checking, saving, credit, and debit accounts to its customers.

2.    Western Union was a United States-based worldwide financial services and communications company with more than 500,000 agent locations in 200 countries and territories, and more than 100,000 ATMs and kiosks world-wide. Among the multitude of services Western Union provides, wire transfers and money orders are two of its most popular products. A Western Union money order is a payment order for a specified amount which must be paid in full prior to obtaining the printed order.

1

3.    Bitcoin was a decentralized digital cryptocurrency without a central bank or administrator. A cryptocurrency is a digital asset designed to work as a medium of exchange that uses strong cryptography to secure financial transactions and verifies them using a complex data verification method called blockchain. Bitcoin can be purchased online or at participating ATMs using cash or credit and can be sent from one user to another directly via the peer-to-peer bitcoin network.

4.    Cash, credit and cryptocurrency transfers all involve electronic wire transfers from one person or entity to another. Wire transfers result whenever a financial institution, licensed money remitter such as Western Union, or Bitcoin issuer is directed to transmit money or cryptocurrency electronically to a third party. Wire transfers also result whenever a person uses a credit or debit account to pay for goods, money orders, or cash advances from a merchant.

### COUNT 1
(Conspiracy to Commit Wire Fraud)

5.    Paragraphs 1-4 are hereby realleged and incorporated by reference.

6.    Between in or about January 2015, and continuing through in or about January 2018, in the Northern District of Indiana and elsewhere, the defendant,

2

**JAMES CELESTIN**

and others known and unknown to the United States Attorney, did knowingly and willfully combine, conspire and agree to commit the crime of Wire Fraud, in violation of Title 18, United States Code, Section 1343.

### Objective of the Conspiracy

7.    The purpose of the conspiracy was to fraudulently gain access to, and unlawfully acquire, goods, money orders and cash using the victims' USAA credit accounts without their consent or knowledge, for the conspirators' personal benefit and gain.

### Manner and Means of the Conspiracy

8.    The manner and means of the conspiracy included unlawfully accessing the victims' USAA credit accounts without their consent or knowledge to add a conspirator as an "authorized user" of the accounts. In doing so, a conspirator would direct USAA to mail a duplicate credit card to an address separate from the victim's and, once received, a conspirator would present the new card to merchants to pay for goods, money orders, or to obtain cash. Once a victims' credit account had been fully depleted or frozen (usually upon discovery of the unauthorized use), a portion or percentage of the value obtained from each account would be sent by a conspirator to a previously designated overseas Western Union or Bitcoin account.

3

All in violation of Title 18, United States Code, Section 1349.

APPROVED:

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY


By:    /s/    Jill    Koster
       Jill Koster
       Assistant United States Attorney


By:    /s/    Molly    Kelley
       Molly Kelley
       Assistant United States Attorney