UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CAUSE NO.: 2:20-CR-44-TLS-JPK |
| JAMES CELESTIN | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 15], filed on May 28, 2020. No objections were filed, and the time to do so has passed.

The Court finds that the change of plea conducted by video teleconference complies with Section 15002(b)(2)(A) of the CARES Act. First, General Order 2020-08 authorized video conferencing for felony pleas under Federal Rule of Criminal Procedure 11, finding that such hearings cannot be conducted in person without seriously jeopardizing public health and safety as a result of the current COVID-19 pandemic.

Second, the Court finds that the Defendant's felony plea in this case cannot be delayed without serious harm to the interests of justice due to Defendant's desire to admit his guilt, plead guilty, and proceed to sentencing in a timely manner and the government and public interest in timely processing criminal matters. The Defendant was arrested on September 20, 2019. *See* Cause Number 2:19-CR-115, ECF No. 8. He has been detained awaiting trial since that date. *Id.* ECF Nos. 35, 43. An information and plea agreement were filed in this cause number on April 24, 2020. *See* ECF Nos. 1, 2. And, the Government has recommended a sentence of probation. *See* ECF No. 10.

Finally, the Defendant consented to video teleconferencing after consultation with counsel. *See* CARES ACT § 15002(b)(4). On May 27, 2020, the Defendant orally waived his right to appear in person and also filed a signed, written consent to proceed by video teleconferencing. ECF Nos. 10, 11.

The Court being duly advised, ADOPTS the Findings and Recommendation [ECF No. 15] in its entirety and ACCEPTS the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), if applicable and necessary, the plea of guilty to the offense charged in Count 1 of the Information is hereby ACCEPTED, and the Defendant is adjudged GUILTY of the offense.

The Sentencing Scheduling Order scheduling sentencing-related deadlines and hearings will be issued by separate order.

SO ORDERED on July 9, 2020.

s/ Theresa L. Springmann  
JUDGE THERESA L. SPRINGMANN  
UNITED STATES DISTRICT COURT
